Guy R. JONES, Appellant, v. UNITED STATES of America.

No. 14916.

United States Court of Appeals Eighth Circuit.

Aug. 17, 1953.

Thomas Vennum, Minneapolis, Minn., for appellant.

George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee and stipulation of parties.